UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Magaly Mercado Luura
et al
vs.
Instituto Puerto Rico Inc.

CIVIL NO. 98-1769 (JAF)

---

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( ) Plffs | ( ) Defts | |
| ( ) Government | ( ) Other | |

O R D E R

Final P.T. conf held. Counsel must implement terms of docket docs 27 & 28 immediately. Defendant granted 40 days to file the motion for summary judgment. Plaintiff will have 20 days to oppose. The 40 days granted to defendant account for the fact that orders 27 & 28 must be presented for compliance and results obtained before filing the motion.

9/13/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE