# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



MAGALY MERCADO-RIVERA, ET AL.

VS.                                                   CIVIL NO. 98-1769 (JAF)

LOCTITE PUERTO RICO, INC.,
ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED: 9/21/99   DOCKET: 30   TITLE: URGENT MOTION FOR ORDER TO SHOW CAUSE ETC.

[ ] Plffs.          [X] Defts.

### O-R-D-E-R

Sandra Cardero, Social Sec. Administrator will show cause on April 7, 2000 at 10:00 AM, as to why she should not be held in contempt of court for her failure to provide counsel for defendants with the earning records of Magaly Mercado Rivera as previously ordered by this court.

3/24/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE