# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MAGALY MERCADO RIVERA, ET AL**

VS.                                                            CIVIL NO. **98-1769** (JAF)

**LOCTITE PUERTO RICO, INC., ET AL**

| DESCRIPTION OF MOTIONS | O-R-D-E-R-S |
|---|---|
| DATE FILED: 10/29/99     DOCKET: **32**<br>[] Plaintiff (s)      [x] Defendant (s)<br>TITLE: MOTION by All Defendants \|to Accept Spanish Language Documents\| | Granted. |
| DATE FILED: 10/29/99     DOCKET: **34**<br>[] Plaintiff (s)      [x] Defendant (s)<br>TITLE: MOTION by All Defendants \|to Extend Time until 11/12/99 to file memorandum of law in support of mot for summary judgment\| | moot |
| DATE FILED: 00/00/00     DOCKET:<br>[] Plaintiff (s)      [] Defendant (s)<br>TITLE: | |
| DATE FILED: 00/00/00     DOCKET:<br>[] Plaintiff (s)      [] Defendant (s)<br>TITLE: | |

3/24 2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE