## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MAGALY MERCADO RIVERA, ET AL.

VS.

LOCTITE PUERTO RICO, INC., ET AL.

CIVIL NO. 98-1769 (JAF)

---

### DESCRIPTION OF MOTION

**DATE FILED:** 10/22/99    **DOCKET #:** 31    **TITLE:** MOTION by Loctite Puerto Rico to Extend Time until 10/29/99 to file motion for summary judgment

[ ] Plaintiff(s)
[x] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

moot

DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE