## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MAGALY MERCADO RIVERA, ET AL.

VS.

LOCTITE PUERTO RICO, INC., ET AL.

CIVIL NO. 98-1769 (JAF)

---

### DESCRIPTION OF MOTION

**DATE FILED:** 12/01/99   **DOCKET #:** 36 *37*   **TITLE:** MOTION by All Plaintiffs |to Extend Time until 12/13/99 to oppose mot for sum/jgm|

[x] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

X MOOT.

__ NOTED.

**OTHER:**

_____

DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(50)