# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAGALY MERCADO RIVERA, ET AL.

VS.

LOCTITE PUERTO RICO, INC., ET AL.

CIVIL NO. 98-1769 (JAF)

RECEIVED & FILED
00 MAR 28 PM 2:31
U.S. DISTRICT COURT
SAN JUAN PR

---

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 12/14/99 | DOCKET #: 39 | TITLE: MOTION by All Plaintiffs to Accept Spanish Language Documents |
| [x] Plaintiff(s) | | |
| [ ] Defendant(s) | | |

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

_____

3/27/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(51)