# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAGALY MERCADO RIVERA, ET AL.

    VS.

LOCTITE PUERTO RICO, INC., ET AL.

CIVIL NO. 98-1769 (JAF)

---

### DESCRIPTION OF MOTION

| | | |
|---|---|---|
| **DATE FILED:** 12/16/99 | **DOCKET #:** 40 | **TITLE:** MOTION by Loctite Puerto Rico for Leave to File REPLY to opposition to motion for summary judgment |
| [ ] Plaintiff(s) [x] Defendant(s) | | |

### O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

**OTHER:**
_____
_____
_____
_____
_____
_____
_____

3/24/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(52)