# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAGALY MERCADO RIVERA, ET AL.

VS.

LOCTITE PUERTO RICO, INC., ET AL.

CIVIL NO. 98-1769 (JAF)

RECEIVED & FILED
00 MAR 28 PM 2:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| DATE FILED: 01/03/00 | DOCKET #: 43 | TITLE: MOTION by All Plaintiffs to Extend Time until 1/7/00 to oppose reply to opposition to motion requesting sum/jgm |
|---|---|---|
| [x] Plaintiff(s)<br>[ ] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Granted_

_____     _____
DATE                            JOSE A. FUSTE
                                U.S. DISTRICT JUDGE

53