## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MAGALY MERCADO RIVERA, ET AL.

VS.

LOCTITE PUERTO RICO, INC., ET AL.

CIVIL NO. 98-1769 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 01/10/00    DOCKET #: 44    TITLE: MOTION by All Plaintiffs |for Leave to File SUR-REPLY to mot for summary judgment|, w/SUR-REPLY tendered

[x] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

_____
DATE

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE

54