UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MAGALY MERCADO-RIVERA, RICHARD CARDONA-RAMIREZ, and their legal conjugal partnership,<br><br>Plaintiffs,<br><br>v.<br><br>LOCTITE PUERTO RICO, INC.; IZAIDA RIVERA, and JOSE MIGUEL PEREZ, in their personal capacities and as employees of Loctite Puerto Rico, Inc.,<br><br>Defendants. | Civil No. 98-1769 (JAF) |

## O R D E R

Sandra Cordero, Social Security Administration employee in San Juan, Puerto Rico, will show cause on April 27, 2000, at 3:00 P.M., as to why she should not be held in contempt of court for her failure to provide defendants with the earning records and records of benefits received by Magaly Mercado Rivera and her children, as previously ordered by the court, in reference to account number 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.

**This Order shall be served by the United States Marshals Service forthwith.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of April, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)