UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MAGALY MERCADO-RIVERA, RICHARD
CARDONA-RAMIREZ, and their
legal conjugal partnership,

Plaintiffs,

v.

LOCTITE PUERTO RICO, INC.;
IZAIDA RIVERA, and JOSE MIGUEL
PEREZ, in their personal
capacities and as employees of
Loctite Puerto Rico, Inc.,

Defendants.

Civil No. 98-1769 (JAF)



### O R D E R

A hearing was held on the Order to Show Cause entered by the court on April 11, 2000, Docket Document No. 57. The records that defendants wish to obtain for discovery purposes have been located. These records will be produced directly to counsel Belaval **within the next four (4) working days by courier or express mail at government cost. Legible copies shall be produced.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 27th day of April, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge



AO 72
(Rev 8/82)