UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 OCT 18 AM 8 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MERCADO-RIVERA, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1769 (JAG)

LOCTITE PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/12/00<br>**Title:** Motion to Accept Spanish Language Documents<br>**Docket(s):** 63<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | To the extent that it has not been done already, the Court grants a period of 60 days from the date of this order to file certified translations. |

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time for 15 Days from the Notification of the Order to File Any Amendments to the Motion for Summary Judgment (by Dfts, 05/12/00); Motion to Extend Time Until 06/29/00 to Opppose Supplemental Memorandum (by Plff, 06/22/00)<br>**Docket(s):** 60, 64<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **MOOT.** |

Date: October 16, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge