UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGALY MERCADO-RIVERA, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1769 (JAG)

LOCTITE PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/26/01<br>**Title:** Motion for Extension of Time to Submit Answers to Questionnaire<br>**Docket(s):** 71<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | GRANTED. |

Date: February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge