# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MAGALY MERCADO-RIVERA, ET AL

**Plaintiff(s)**

v.      CIVIL NUMBER: 98-1769 (JAG)

LOCTITE PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|

**Date Filed:** 02/09/01
**Title:** Joint Motion in Compliance with order     **GRANTED.**
**Docket(s):** 72
[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

