

U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.
2002 SEP 12 AM 11:44
RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGALY MERCADO RIVERA, et al.

    Plaintiffs

    v.                                    CIVIL NO. 98-1769(JAG)

LOCTITE PUERTO RICO, INC., et al.

    Defendants

---

**JUDGMENT**

Pursuant to the Order entered on this date, the Court enters judgment **dismissing** the Complaint against defendant Loctite **in its entirety**. The supplemental state law claims are **dismissed without prejudice**.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of September 2002.

                                      JAY A. GARCIA-GREGORY
                                    U.S. District Judge